UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Nicklos Rosenbloom,**          Civil No. 09-1582 DWF/SRN

      **Plaintiff,**

v.                                **NOTICE OF**
                                  **PRETRIAL CONFERENCE**

**General Nutrition Center, Inc.,**

      **Defendant.**

TO:    Plaintiff above named and to Albert T. Goins, Sr., Esq., Goins Law Offices, Ltd., 301 4th Avenue, Suite 378, Grain Exchange Building, Minneapolis, MN 55415, attorneys for Plaintiff.

Defendant above named and to Joseph J. Roby, Jr., Esq., and Michelle L. Miller, Esq., Johnson, Killen & Seiler, PA, 238 West Superior Street, Suite 800, Duluth, MN 55802, attorneys for Defendant.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff's counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

**I.**    **DATE, TIME, PLACE AND PARTICIPANTS**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held <u>in Chambers</u>, Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on **August 11, 2009, at 4:00 p.m.** before United States Magistrate Judge Susan Richard Nelson to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

## II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet on or before **July 21, 2009**, to discuss settlement, and to prepare the report required by Rule 26(f) and Local Rule 16.2, as amended effective November 1, 1996.

B. If the case does not settle, no later than **July 31, 2009**, counsel shall jointly prepare and file electronically on ECF, in compliance with the Electronic Case Filing Procedures for the District of Minnesota, a complete written report of the Rule 26(f) meeting. A copy of the report shall also be delivered to chambers on or before **July 31, 2009,** at the following e-mail address: nelson_chambers@mnd.uscourts.gov

The report shall include:

1. **Date and Place of the Meeting; Identification of the Parties and Their Attorneys; Agenda of Matters for Pretrial Conference.**

    a. The date and place at which the meeting was held;

    b. Name, address and occupation or business of each party, together with the name, address and telephone number of the attorneys who represented each party at the meeting;

    c. Name of insurance carriers that may be liable for the defense or payment of any damage award; and

    d. An agenda of matters to be discussed at the Pretrial Conference.

2. **Description of the case**

    a. A concise statement of the jurisdictional basis of the case, giving statutory citation and a brief narrative description;

    b. A brief narrative of the facts giving rise to the lawsuit, including a description of legal claims and defenses; and

    c. A summary itemization of the dollar amount of each element of the alleged damages.

3. **Pleadings**

   a. A statement of whether the Complaint and all responsive pleadings have been filed, and whether any party proposes to amend its pleadings;

   b. The date by which all motions that seek to amend the pleadings or add parties will be filed; and

   c. Whether a jury trial is available under the law, and whether a jury trial has been timely demanded.

4. **Discovery Plan**  (If parties are unable to agree on a discovery plan, the report shall separately set forth each party's proposed plan.)  Such a plan shall include such matters as focusing the initial discovery on preliminary issues  that might be case dispositive, instituting document control mechanisms, stipulating to facts to eliminate unnecessary discovery and any other matters counsel may agree upon to control litigation costs and delay.

   a. Date by which the initial Rule 26(a)(1) disclosures of witnesses, documents, itemized damage computations and insurance will be completed (if not already completed);

   b. Whether the parties wish to engage in any method of alternative dispute resolution following Rule 26(a)(1) disclosures but before formal discovery is commenced;

   c. Whether discovery should be conducted in phases, or limited to or focused upon, particular issues;

   d. The date by which each party shall disclose the identity of expert witnesses and their reports under Rule 26(a)(2)(A) and (B);

   e. The number of interrogatories each party shall be permitted to serve;

   f. The number of depositions (excluding depositions of expert witnesses) each party shall be permitted to take; and

   g. The number of expert depositions each party shall be permitted to take.

5. **Close of Discovery and Non-Dispositive Motions**

    The date by which all discovery shall be completed and all non-dispositive motions shall be filed and served.

  **6.**  **<u>Dispositive Motions and Trial</u>**

    a.  Date by which all dispositive motions shall be served and filed;

    b.  Date by which case will be ready for trial;

    c.  The number of expert witnesses each party expects to call at trial; and

    d.  Estimated trial time (including jury selection and instructions, if applicable).

 C.  Unless otherwise agreed by counsel, the initial disclosures under Rule 26(a)(1) shall also be exchanged no later than **July 31, 2009**.

 D.  **Each party shall also submit a Letter/Memorandum concerning settlement, which shall remain confidential between the Court and that party. The confidential letter shall be delivered to Magistrate Judge Nelson's chambers via e-mail to nelson_chambers@mnd.uscourts.gov <u>or</u> by U.S. Mail (not both) on or before August 6, 2009.**

**III.**  **EXERCISE OF JURISDICTION BY U.S. MAGISTRATE JUDGE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 636(c)**

 If the parties consent to have this matter tried before the Magistrate Judge, <u>all counsel must jointly sign</u> the attached form by **August 11, 2009**. Send the completed form directly to the chambers of Judge Donovan W. Frank, at the following e-mail address: frank_chambers@mnd.uscourts.gov

Dated:  June 29, 2009

                s/ Susan Richard Nelson
               SUSAN RICHARD NELSON
               United States Magistrate Judge