## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Nicklos Rosenbloom,**                              **Civil No. 09-1582 DWF/SRN**

      **Plaintiff,**

**v.**

                                        **PRETRIAL SCHEDULING ORDER**

**General Nutrition Center, Inc.,**

      **Defendant.**

___

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding.  The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by May 1, 2010.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before September 1, 2009.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By Plaintiff(s) on or before February 1, 2010.

    b. By Defendant(s) on or before March 15, 2010.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 6 depositions, excluding expert witness depositions, shall be

    taken by any party.  Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

    (Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490.)

1. All motions which seek to amend the pleadings or add parties must be served by November 1, 2009.  This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by May 1, 2010.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by July 1, 2010.  (Counsel may schedule dispositive motions by calling Calendar Clerk Gina Olsen at 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.

**Trial**

    This case shall be ready for trial on November 1, 2010.  Anticipated length of trial is 4 days.

Dated:   August 12, 2009

                                                  s/ Susan Richard Nelson
                                                 Susan Richard Nelson
                                                 United States Magistrate Judge