# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

Nicklos Rosenbloom,
           Plaintiff,

v.

General Nutrition Center, Inc.,
           Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-09-1582 DWF/SRN |
| Date: | September 29, 2009 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 2:30 p.m. |
| Time in Court: | 5 Hours |

## APPEARANCES:

  For Plaintiff:        Albert T. Goins, Sr., Thomas E. Harmon, V
  For Defendant:      Joseph J. Roby, Jr.

  Interpreter / Language:     /

Hearing on: **Settlement Conference**

PROCEEDINGS:

- ☒ Settlement reached. Terms stated on the record. **If a transcript of this proceeding is requested, it shall be filed under seal.**

- ☐ No settlement reached.

                                                               s/ Beverly C. Riches
                                                           Signature of Judicial Assistant